April 24, 2025DAVID BURCHARD
CHAPTER 13 TRUSTEE
PO BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

MARIA ELENA CORTES MALDONADO
14620 PEARL AVE
CLEARLAKE, CA 95422

Debtor(s)

Chapter 13
Case No: 24-10282 DM

**STIPULATION RE: TRUSTEE'S MOTION TO DISMISS CASE POST-CONFIRMATION**

The Chapter 13 Trustee has filed a Motion to Dismiss Case Under 11 U.S.C. §1307(c) and set the matter for hearing on April 9, 2025 at 10:00 AM.

It is hereby stipulated and agreed to, by and between the Debtor and the Chapter 13 Trustee, as follows:

The hearing on the Trustee's Motion to Dismiss shall be continued to **May 14, 2025 at 10:00 AM**. **The hearing will not be conducted in the presiding judge's courtroom but instead will be conducted via video**. The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video hearing. If you have questions about how to participate in a video hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. The Bankruptcy Court's website can be found at www.canb.uscourts.gov.

In addition, on or before April 24, 2025 the Debtor shall:

__X__   pay $2,000.00 to the Trustee or

__X__   file a motion to modify the Chapter 13 plan, bringing the plan payments current.

_____   file updated Schedules I and J, utilizing the schedules effective December 2015.

_____   provide a signed copy of the _____ federal income tax return.

_____   other:

If the Debtor fails to comply with the above, the Debtor stipulates that the case may be dismissed on request of the Trustee.

It is hereby stipulated.

DATED:  3/27/25                    /s/ David Burchard_____
                                   David Burchard, Chapter 13 Trustee

DATED:  3/27/2025                  /s/Evan Livingstone_____
                                   Evan Livingstone
                                   Attorney for Debtors