DAVID BURCHARD,
CHAPTER 13 TRUSTEE
PO BOX 8059
FOSTER CITY, CA 94404
Tel: (650) 345–7801   Fax: (650) 345–1514
Tel: (707) 544-5500   Fax: (707) 544-0475

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No.: 24-10282 DM |
| MARIA ELENA CORTES MALDONADO | **TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN** |
| Debtor. | |

**<u>TO THE UNITED STATES BANKRUPTCY JUDGE, DEBTOR(S)' COUNSEL, DEBTOR(S), AND OTHER PARTIES IN INTEREST:</u>**

David Burchard, Chapter 13 Trustee ("Trustee"), for the Santa Rosa and San Francisco Divisions of the United States Bankruptcy Court for the Northern District of California, hereby submits the following Objection to the Motion to Modify Chapter 13 Plan proposed by Debtor(s), filed on April 24, 2025. This objection is based upon all pleadings, papers and documents filed herein, together with those matters of which judicial notice has been requested, and any oral argument, which may be presented.

///

///

///

///

///

1

The Trustee is unable to verify the basis for the motion to modify and Debtor's substantial change in income and/or expenses without Debtor providing the following information:

    ___    Updated Schedules I and J, utilizing the schedules effective December 2015.

    ___    A signed copy of the debtor's filed 20__ Federal Income Tax Return

    ___    Verification of income to substantiate change in plan payments in the form of payment advices for the last 60 days. If the debtor does not receive payment advices, the Trustee requests copies of bank statements for the last 2 months from all bank accounts in which debtor is a signatory.

    _X_    Other:

        (1) The modified plan does not include a motion to modify, notice of motion, or certificate of service.

        (2) The payments proposed in Section 2.1 exceed the allowable term of 60 months.

        (3) The plan payments proposed in months 5, 6, 27, 37, and 49 are not sufficient to pay the fixed monthly payments provided for in the plan.

        (4) A payment of $1,000 is needed for debtor to be current through April 2025 under the proposed modified plan.

        (5) Trustee requests a filed declaration from the debtor in support of the proposed motion to modify plan.

Therefore, the Trustee requests that this objection be sustained, Debtor's Application to Modify Chapter 13 Plan be denied, and other relief this Court deems proper.

Dated: April 28, 2025                /s/ David Burchard
                                            DAVID BURCHARD
                                            CHAPTER 13 TRUSTEE

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1111 Triton Drive, Suite #100, Foster City, CA. On the date set forth below, I served a true and correct copy of **TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

MARIA ELENA CORTES MALDONADO
14620 PEARL AVE
CLEARLAKE, CA 95422

The following recipients have been served via Court's Notice of Electronic Filing:

EVAN LIVINGSTONE
evanmlivingstone@gmail.com

Dated: April 28, 2025            BRISA RAMIREZ
                                                BRISA RAMIREZ