BRISA C. RAMIREZ (SBN 261480)
SARAH R. VELASCO (SBN 255873)
STAFF ATTORNEY FOR
MARTHA G. BRONITSKY,
CHAPTER 13 STANDING TRUSTEE
PO BOX 5004
HAWYARD, CA 94540
Tel:   (510) 266-5580
Email: bramirez@oak13.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SANTA ROSA DIVISION**

| | |
|---|---|
| In re:<br><br>**MARIA ELENA MALDONADO**<br><br>Debtor. | Case No.: 24-10282 DM<br><br>Chapter 13<br><br>**TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN** |

<u>**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, DEBTOR'S COUNSEL, DEBTOR, AND OTHER PARTIES IN INTEREST:**</u>

Martha G. Bronitsky, Chapter 13 Standing Trustee ("Trustee") for the case herein, opposes the Motion to Modify Chapter 13 Plan proposed by Debtor, Maria Elena Maldonado, on the following grounds:

1) Pursuant to the payments proposed in the motion to modify, the debtor should have paid in a total of $5,550 through February 2026; however, the debtor has already paid into her plan $7,250. The Trustee requests an amended motion/modified plan which provides for actual payments the debtor has already paid into her plan.

2) The monthly plan payments are not sufficient to pay the monthly dividends provided for in the plan (and applicable trustee compensation) in the following months: 20 (January 2026), 30 (November 2026), and 40-60 (September 2027 – May 2029).

3) Pursuant to the payments proposed in Section 5, Class 2, Lake County should have been paid $3,500.00 through January 2026; however, as of the January 2026 disbursements, this creditor has been paid $3,992.50 ($600.07 in principal and $3,392.43 in interest).  The Trustee requests a modified plan which outlines: 1) the amounts paid (separated between principal and interest); the balance owed; and 2) how the balance is to be paid going forward (with a month/year format).

4) The debtor's declaration does not indicate how she will be able to afford the step-up payments provided for in the motion to modify/modified plan. The Trustee requests a declaration as to the source of the step up payments.

Respectfully submitted.                              Dated this 9th day of February 2026.

/s/ Brisa C. Ramirez
Brisa C. Ramirez, Attorney for
Martha G. Bronitsky, Ch. 13 Trustee

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the Debtor, Counsel for Debtor, and if applicable, the Creditor, Creditor representatives and the registered agent for the Creditor by depositing it in the United States Mail with First Class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 9, 2026                /s/ Brisa C. Ramirez
                                       Brisa C. Ramirez

| **Debtors**: | **Counsel for Debtor:** |
|---|---|
| Maria Elena Cortes Maldonado<br>14620 Pearl Ave<br>Clearlake, CA 95422 | Evan Livingstone<br>Law Offices of Evan Livingstone<br>2585 Sebastopol Rd. Unit 7265<br>Santa Rosa, CA 95407 |